UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE SUE GUTHRIE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Consolidated Case |
| vs. ) | No. 4:07-CV-2108 (CEJ) |
| ) | |
| FRANKLIN COUNTY, MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| CONNIE SUE GUTHRIE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Associated Case |
| vs. ) | No. 4:07-CV-2109 (CEJ) |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of defendant Charles Subke (Subke) to compel plaintiffs to provide (1) full and complete responses to Subke's interrogatories and requests for production of documents; and (2) documents relating to plaintiffs' initial disclosures. Plaintiffs have not filed a response to the motion, and the time allowed for doing so has expired.

Based on the information set forth in the motion, the Court finds that plaintiffs have failed to provide the documents they identified in their initial disclosures, despite Subke's repeated requests. Additionally, the plaintiffs have not submitted signed answers to Subke's interrogatories and have not responded to his request for production of documents.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of defendant Charles Subke to compel [Doc. #163] is **granted**.

**IT IS FURTHER ORDERED** that, not later than **February 1, 2010**, plaintiffs shall (1) submit to defendant Charles Subke signed answers to interrogatories and (2) produce all documents identified in plaintiff's initial disclosures and all documents that are responsive to defendant Subke's requests for production of documents. **Failure to comply with this Order may result in the imposition of sanctions authorized by Fed.R.Civ.P. 37(b)(2)(A) and (C) , including but not limited to, dismissal of this action and monetary penalties.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 15th day of January, 2010.